# Court of Appeals
# of the State of Georgia

ATLANTA, June 05, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0526. JENNIFER L. MCWILSON v. ELUL LLC d/b/a GOLDEN GATE TOWNHOMES.

Elul LLC d/b/a Golden Gate Townhomes filed a dispossessory action in magistrate court against Jennifer L. McWilson. The magistrate court signed an order granting a writ of possession to Elul on May 13, 2026. However, the order bears no file stamp from the court clerk showing that it was entered. On May 15, 2026, McWilson filed this application seeking a discretionary appeal of the order.

On May 15, 2026, this Court issued an order requiring McWilson to supplement her application with a stamped "filed" copy of the magistrate order which she seeks to appeal. Our order further informed McWilson that failure to file such a copy of the magistrate order within 10 days of the date of the order would result in the application's dismissal. McWilson did not comply with this Court's order, and her failure to comply requires that her application be dismissed.

Moreover, ordinarily the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41(b), which provides for appellate review in the state or superior court. *Tate v. Habif*, 367 Ga. App. 435, 438–39(2) (886 SE2d 389) (2023). Where a timely application for discretionary appeal represents an attempt to appeal a magistrate order, this Court will occasionally transfer that application to the magistrate court with direction to send the appeal to state or superior court. See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII ("[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere"); OCGA § 5-3-4(a) (granting superior and state courts appellate

jurisdiction over final judgments of lower judicatories). Here, however, we cannot determine whether or when the magistrate order at issue was entered, and therefore, decline to transfer the application.

For these reasons, the application for discretionary appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___06/05/2026_____

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.